**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| **BRENDA STEWART** | ) |
| Plaintiff, | ) |
| | ) Case No. 4:13-CV-00386-HEA |
| v. | ) |
| **I.C. SYSTEM, INC.** | ) |
| Defendants. | ) |

**NOTICE OF SETTLEMENT**

COMES NOW, Plaintiff Brenda Stewart, and with consent of Defendant notifies the Court that the parties have reached a confidential settlement on all of Plaintiff's claims. The parties respectfully request that the Court give the parties thirty days to finalize the settlement. Thereafter, the parties will stipulate to a dismissal with prejudice of all of Plaintiff's claims.

RESPECTFULLY SUBMITTED,

**VOYTAS & COMPANY**

/s/ Nathan K. Bader
_____
**RICHARD A. VOYTAS, JR., #52046MO
NATHAN K. BADER, #64707MO**
**1 North Taylor Ave.
St. Louis, Missouri 63108
Phone: (314) 932-1066
Fax:     (314) 667-3161**

## **CERTIFICATION**

      The below signature certifies that on December 13, 2013 the foregoing was served by operation of the Court's electronic filing system to the following counsel of record:

SPENCER FANE BRITT & BROWNE LLP

Joshua C. Dickinson
Patrick T. McLaughlin
1 North Brentwood Blvd., Suite 1000
St. Louis, Missouri 63105
jdickinson@spencerfane.com
pmclaughlin@spencerfane.com


                                                     /s/ Nathan K. Bader__