**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **BRENDA STEWART** | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 4:13-cv-00386-HEA |
| v. | ) |
| | ) |
| **I.C. SYSTEM, INC.** | ) |
| | ) |
| Defendant. | ) |

## STIPULATION FOR DISMISSAL

IT IS HEREBY STIPULATED AND AGREED that this action should be dismissed with prejudice, each party to bear its own costs.

RESPECTFULLY SUBMITTED:

**/s/ Nathan K. Bader**

NATHAN K. BADER #64707MO
RICHARD A. VOYTAS, Jr., #52046MO
Voytas & Company, LLC
1 North Taylor Avenue
St. Louis, Missouri 63108
Phone: (314) 932-1068
Fax:    (314) 667-3161

## **CERTIFICATION**

The below signature certifies that on January 3, 2014 the foregoing was served by operation of the Court's electronic filing system to the following counsel of record:

SPENCER FANE BRITT & BROWNE LLP

Joshua C. Dickinson
Patrick T. McLaughlin
1 North Brentwood Blvd., Suite 1000
St. Louis, Missouri 63105
jdickinson@spencerfane.com
pmclaughlin@spencerfane.com

                                              /s/ Nathan K. Bader